**Opinion filed December 8, 2011**



## In The

# Eleventh Court of Appeals

_____

## No. 11-03-00129-CV

_____

## COMBUSTION ENGINEERING, INC., Appellant

## V.

## ROBERT HUTCHINSON AND JOYCE HUTCHINSON, Appellees

### On Appeal from the 32nd District Court
### Nolan County, Texas
### Trial Court Cause No. 18,215

### M E M O R A N D U M   O P I N I O N

Appellees have filed in this court a motion to dismiss this appeal, which was suspended in 2003 due to appellant's bankruptcy. Appellees state in their motion that "[t]he parties have reached an agreement and have settled and compromised their differences in the suit." Appellant has notified this court that it does not oppose the motion to dismiss. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

The motion is granted, and the appeal is dismissed.

December 8, 2011                                        PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.